dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-147-CV

MICHAEL L. DANIEL AND DENISE E. DANIEL APPELLANTS

V.

NOVASTAR MORTGAGE, INC. APPELLEE

----------

FROM COUNTY COURT AT LAW OF WISE COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellants' Motion To Dismiss With Prejudice.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Appellants shall pay all costs of this appeal, for which let execution issue. 

PER CURIAM 

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: July 29, 2004.

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.